IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DARCY BEAN,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendant, | CV 22-5-BLG-KLD<br><br>ORDER |

    The parties in the above captioned matter have filed a stipulation for dismissal. (Doc. 12). Pursuant to the written stipulation by the parties and Rule 41, Fed. R. Civ. P. Plaintiff's claims against State Farm Mutual Automobile Insurance Company have been fully and finally compromised and settled on their merits and shall be dismissed with prejudice.

    IT IS HEREBY ORDERED that the above captioned matter is dismissed with prejudice, with each party to pay their respective costs and fees of any kind or nature.

    //

    //

DATED this 15th day of March, 2022.

                                                       _____
                                                       Kathleen L. DeSoto
                                                       United States Magistrate Judge